IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Civil Action No. _____ |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Ansell Healthcare Products LLC states that it is ultimately a wholly-owned subsidiary of Ansell, Ltd. Ansell, Ltd. is a publicly-held company having its principal place of business in Victoria, Australia.

DATED: October 13, 2015

/s/ Colm F. Connolly
Colm F. Connolly (I.D. No. 3151)
David W. Marston Jr. (I.D. 3972)
Jody C. Barillare (I.D. No. 5107)
MORGAN, LEWIS & BOCKIUS LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, Delaware 19801
302.574.3000
cconnolly@morganlewis.com
dmarston@morganlewis.com
jbarillare@morganlewis.com

and

Thomas B. Kenworthy
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
215.963.5000
tkenworthy@morganlewis.com

*Attorneys for Plaintiff
Ansell Healthcare Products LLC*