# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RECKITT BENCKISER LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-915-RGA<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

At Wilmington, this __ day of _____, 2016, having considered Defendant Reckitt Benckiser LLC's ("RB") October 12, 2016, discovery dispute letter, and any response thereto,

IT IS HEREBY ORDERED, that:

1. Ansell Healthcare Products LLC's ("Ansell") objections to RB's First Set of Interrogatories are overruled.

2. Ansell shall provide full and complete responses to RB's interrogatories, with no further objections, no later than October 28, 2016.

_____
United States District Judge

01:19344398.2