# *Exhibit C*

## Kenworthy, Thomas B.

| | |
|---|---|
| **From:** | Nash, Douglas J. <dnash@barclaydamon.com> |
| **Sent:** | Thursday, October 06, 2016 12:37 PM |
| **To:** | Kenworthy, Thomas B.; Kraman, Pilar |
| **Cc:** | Marston Jr., David W.; Cornish, Kathryn D. |
| **Subject:** | RE: Activity in Case 1:15-cv-00915-RGA Ansell Healthcare Products LLC v. Reckitt Benckiser LLC Order |

There are no "subparts" as you appear to be using that term, and no we are not withdrawing anything.

Doug

-----Original Message-----
From: Kenworthy, Thomas B. [mailto:thomas.kenworthy@morganlewis.com]
Sent: Thursday, October 06, 2016 12:27 PM
To: Nash, Douglas J.; Kraman, Pilar
Cc: Marston Jr., David W.; Cornish, Kathryn D.
Subject: RE: Activity in Case 1:15-cv-00915-RGA Ansell Healthcare Products LLC v. Reckitt Benckiser LLC Order

Doug and Pilar:

In view of Ansell's objections and our last call, and in advance of our Monday call,  are there any subparts of the first set of interrogatories that Reckitt now wishes to withdraw?  If so, we ask that you let us know what they are by the end of the day tomorrow.  We also ask that you be prepared to discuss during the Monday call the import of Local Rule 26.1(a) that "[e]ach subpart of an interrogatory or request shall be counted as a separate interrogatory or request," a subject that you completely failed to address in your October 3 letter to the Court.  Thank you.

Tom

Thomas B. Kenworthy
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5702 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 thomas.kenworthy@morganlewis.com |
www.morganlewis.com
Assistant: Beverly Ann Stevenson | +1.215.963.5703 | beverly.stevenson@morganlewis.com

-----Original Message-----
From: Nash, Douglas J. [mailto:dnash@barclaydamon.com]
Sent: Thursday, October 06, 2016 10:09 AM
To: Kraman, Pilar
Cc: Kenworthy, Thomas B.; Marston Jr., David W.; Cornish, Kathryn D.
Subject: RE: Activity in Case 1:15-cv-00915-RGA Ansell Healthcare Products LLC v. Reckitt Benckiser LLC Order

That does not work for me, so how about Monday at 10 am?

Doug

-----Original Message-----
From: Kraman, Pilar [mailto:PKraman@ycst.com]

1

Sent: Thursday, October 06, 2016 10:08 AM
To: Nash, Douglas J.
Cc: Kenworthy, Thomas B.; Marston Jr., David W.; Cornish, Kathryn D.
Subject: RE: Activity in Case 1:15-cv-00915-RGA Ansell Healthcare Products LLC v. Reckitt Benckiser LLC Order

Alternatively, I could do Friday at 11 am.
On Oct 6, 2016 6:51 AM, "Kraman, Pilar" <PKraman@ycst.com> wrote:
I am free Monday 10 or later, except between 3-4.
On Oct 6, 2016 6:45 AM, "Nash, Douglas J." <dnash@barclaydamon.com> wrote:

Tom –

I will be at a hearing in Massachusetts earlier on Friday, and I think Pilar also has a conflict earlier on Friday.  Depending on Pilar's availability, I am available any time after 9:30 am on Monday.

Doug

From: Kenworthy, Thomas B. [mailto:thomas.kenworthy@morganlewis.com]
Sent: Thursday, October 06, 2016 9:37 AM
To: Nash, Douglas J.
Cc: Pilar Kraman; Marston Jr., David W.; Cornish, Kathryn D.
Subject: RE: Activity in Case 1:15-cv-00915-RGA Ansell Healthcare Products LLC v. Reckitt Benckiser LLC Order

Doug:

That time is now problematic for us.  Can we meet and confer on both issues earlier in the day on Friday or on Monday before 2:00 p.m.?

Tom

Thomas B. Kenworthy

Morgan, Lewis & Bockius LLP

1701 Market Street | Philadelphia, PA 19103-2921

Direct: +1.215.963.5702 | Main: +1.215.963.5000 | Fax: +1.215.963.5001

thomas.kenworthy@morganlewis.com<mailto:thomas.kenworthy@morganlewis.com> |
www.morganlewis.com<http://www.morganlewis.com/>

Assistant: Beverly Ann Stevenson | +1.215.963.5703 | beverly.stevenson@morganlewis.com
<mailto:beverly.stevenson@morganlewis.com>

From: Nash, Douglas J. [mailto:dnash@barclaydamon.com]
Sent: Wednesday, October 05, 2016 2:43 PM
To: Kenworthy, Thomas B.
Cc: Pilar Kraman; Marston Jr., David W.; Cornish, Kathryn D.
Subject: FW: Activity in Case 1:15-cv-00915-RGA Ansell Healthcare Products LLC v. Reckitt Benckiser LLC Order

Tom –

Can we meet and confer on this during our scheduled call Friday afternoon?

Please let me know.

Doug

Douglas J. Nash
Partner

[Image removed by sender. Barclay Damon] One Park Place • 300 South State Street • Syracuse, NY 13202
D: (315) 425-2828 • F: (315) 703-7364 • E: dnash@barclaydamon.com<mailto:dnash@barclaydamon.com>

barclaydamon.com<https://urldefense.proofpoint.com/v2/url?u=http-
3A__barclaydamon.com_&d=DQMGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=ycskYKrs8r1b-
J06ttVESge65CbRZbJqHysjOdu1fGA&m=BCBylnONjmOndF7aUVyr8gE8MXYy-OzyvXlf2ScO1ZQ&s=EFVS-
ZqT4lJtZ6P75AcAxuu_TrTe2ahqylzd2HJqneA&e=> • vCard<https://urldefense.proofpoint.com/v2/url?u=http-
3A__barclaydamon.com_vcards_dnash.vcf&d=DQMGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=ycsk
YKrs8r1b-J06ttVESge65CbRZbJqHysjOdu1fGA&m=BCBylnONjmOndF7aUVyr8gE8MXYy-OzyvXlf2ScO1ZQ&s=WOnTiAwhic-
lkrJKVpcKlTkfhEaWqwxdqvbmFZB7tyY&e=> • Profile<https://urldefense.proofpoint.com/v2/url?u=http-
3A__barclaydamon.com_attorneys_details.asp-3Femail-3Ddnash-
40barclaydamon.com&d=DQMGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=ycskYKrs8r1b-

3

J06ttVESge65CbRZbJqHysjOdu1fGA&m=BCByln0NjmOndF7aUVyr8gE8MXYy-
OzyvXlf2ScO1ZQ&s=HeFr60UZGN67WeF9A_dq7ZTfnbn6fhlpS48l8nzqVT8&e=>

---

This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. ~BD~

---

From: "ded_nefreply@ded.uscourts.gov<mailto:ded_nefreply@ded.uscourts.gov>"
<ded_nefreply@ded.uscourts.gov<mailto:ded_nefreply@ded.uscourts.gov>>
Date: Wednesday, October 5, 2016 at 1:59 PM
To: "ded_ecf@ded.uscourts.gov<mailto:ded_ecf@ded.uscourts.gov>"
<ded_ecf@ded.uscourts.gov<mailto:ded_ecf@ded.uscourts.gov>>
Subject: Activity in Case 1:15-cv-00915-RGA Ansell Healthcare Products LLC v. Reckitt Benckiser LLC Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was entered on 10/5/2016 at 1:59 PM EDT and filed on 10/5/2016

Case Name:

Ansell Healthcare Products LLC v. Reckitt Benckiser LLC

Case Number:

1:15-cv-00915-RGA<https://urldefense.proofpoint.com/v2/url?u=https-3A__ecf.ded.uscourts.gov_cgi-2Dbin_DktRpt.pl-3F57984&d=DQMGaQ&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=ycskYKrs8r1b-J06ttVESge65CbRZbJqHysjOdu1fGA&m=BCByln0NjmOndF7aUVyr8gE8MXYy-OzyvXlf2ScO1ZQ&s=N20oz3X-mQe9lCOgbBblC7ALyNwQnkNHk7w6whx-irQ&e=>