# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ANSELL HEALTHCARE PRODUCTS LLC,**<br><br>             Plaintiff,<br><br>    v.<br><br>**RECKITT BENCKISER LLC,**<br><br>             Defendant. | Civil Action No. 1:15-cv-915-RGA |

## [PROPOSED] ORDER

At Wilmington, this ___ day of _____, 2016, having considered Defendant Reckitt Benckiser LLC's October 12, 2016 discovery dispute letter (D.I. 84) and Plaintiff Ansell Healthcare Products LLC's October 13, 2016 response thereto,

IT IS HEREBY ORDERED that Plaintiff's objections to Defendant's First Set of Interrogatories are sustained.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE