**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ANSELL HEALTHCARE**<br>**PRODUCTS LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.:**<br><br>**1:15-cv-00915-RGA** |
| **RECKITT BENCKISER LLC,** | |
| **Defendant.** | |

**(PROPOSED) ORDER**

At Wilmington, this _22_ day of March, 2017:

For the reasons set forth in the Memorandum Opinion issued March 16, 2017,

**IT IS HEREBY ORDERED** that the disputed claim terms of U.S. Patent No. 8,087,412

("the '412 patent"); No. 8,464,719 ("the '719 patent"); No. 9,074,027 ("the '027 patent"); and

No. 9,074,029 ("the '029 patent") are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| **"synthetic polyisoprene particles that are pre-vulcanized"**<br><br>('412 patent, claims 1, 2, 3, 4, 8 and 9; '719 patent, claims 1, 8, 10, 11, 16 and 17) | "synthetic polyisoprene particles that have had some amount of intraparticle cross-linking prior to the dipping of a former into the latex emulsion" |

| Claim Term | Court's Construction |
|---|---|
| **"substantially"**<br><br>('412 patent, claims 1, 2, 3, 4, 8 and 9; '719 patent, claims 1, 8, 10, 11, and 16; '029 patent, claims 1, 2, 3, 7, 8, 11, 16 and 17) | "to a large extent, but not necessarily completely" |
| **"substantially conchoidal fracture"**<br><br>('412 patent, claim 3; '719 patent, claims 1, 8, 10, 11, 16 and 17; '029 patent, claims 2, 3 and 9) | "fracture that appears to a large extent, but not necessarily completely, shell-like" |
| **"absence of intra-polyisoprene particle and inter-polyisoprene particle features";**<br><br>('412 patent, claim 4)<br><br>**"absence of scanning electron microscope-viewable intra-polyisoprene particle and inter-polyisoprene particle features"**<br><br>('719 patent, claims 1, 8, 10, 11, 16 and 17; '029 patent, claims 2, 3, and 11) | "no particle features are visible in a SEM micrograph of sufficient magnification to allow such particles to be seen" |
| **"passes through both inter-particle regions and intra-particle regions nonpreferentially"**<br><br>('412 patent, claim 9; '029 patent, claim 17) | plain meaning |

| Claim Term | Court's Construction |
|---|---|
| **"about"**<br><br>('027 patent, claims 1 and 5) | no construction |

The Court is declining to rule that any of the claim terms are indefinite at this point.

Defendant is free to renew its indefiniteness arguments later in the case.

HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE