IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Civil Action No.:<br><br>1:15-cv-00915-RGA |

## STIPULATED DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their respective undersigned counsel, hereby stipulate and agree that all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice, with each side bearing its own costs, expenses and attorneys' fees.

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ Jody C. Barillare<br>Colm F. Connolly (No. 3151)<br>David W. Marston Jr. (No. 3972)<br>Jody C. Barillare (No. 5107)<br>The Nemours Building<br>1007 North Orange Street, Suite 501<br>Wilmington, Delaware 19801<br>302.574.3000<br><br>colm.connolly@morganlewis.com<br>david.marston@morganlewis.com<br>jody.barillare@morganlewis.com<br><br>*Attorneys for Plaintiff*<br>*Ansell Healthcare Products LLC* | /s/ Pilar G. Kraman<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>302.571.6600<br><br>apoff@ycst.com<br>pkraman@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendant*<br>*Reckitt Benckiser LLC* |

Dated: April 9, 2018

DB1/ 95809565.3

SO ORDERED this 9 day of April, 2018

_____
United States District Judge